UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIMON STARKS,

    Petitioner,

v.

Case No. 1:17-cv-399

HONORABLE PAUL L. MALONEY

SHANE JACKSON,

    Respondent.
_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.

Dated: March 8, 2018                                             /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                    United States District Judge